FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
JUN 07 2012
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ROBERT N. CAPIELLO,

                Plaintiff,

                **AMENDED JUDGMENT**
- against -        08-CV-2417 (ADS)(ETB)

ICD PUBLICATIONS, INC. and
DAVID PALCEK,

                Defendants.
----------------------------------------X

Judgment having been entered on August 20, 2010, awarding Plaintiff Robert N. Capiello $532,587.06, plus $67,923.09 in prejudgment interest, for a total award of $600,510.15, and a Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been entered on June 7, 2012, directing the Clerk of Court to correct the judgment to include that the Plaintiff is entitled to post-judgment interest to be calculated pursuant to the federal rate set forth in 28 U.S.C. § 1961, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Robert N. Capiello and against ICD Publications in the amount of $532,587.06, plus $67,923.09 in prejudgment interest, for a total award of $600,510.15; and that Plaintiff is entitled to post-judgment interest to be calculated pursuant to the Federal Rate set forth in 28 U.S.C. § 1961.

Dated: Central Islip, New York
       June 7, 2012

                                      DOUGLAS C. PALMER
                                      CLERK OF THE COURT

                          BY:   /S/ CATHERINE VUKOVICH
                               DEPUTY CLERK