UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
-------------------------------------------------------------------X
ROBERT N. CAPPIELLO,

                              Plaintiff,

   -against-
ICD PUBLICATIONS, INC. and
DAVID PALCEK,

                            Defendants.
-------------------------------------------------------------------X

**PARTIAL SATISFACTION OF JUDGMENT**

**CV 08-02417 (ADS)(ETB)**

      **WHEREAS**, a judgment was entered by the Clerk of the Court in the above-entitled action on August 20, 2010 in the District Court in and for the Eastern District of New York, in favor of ROBERT N. CAPPIELLO and against ICD PUBLICATIONS, INC., with a principal place of business located at 45 Research Way, Setauket, New York, for the sum of $600,510.15 which judgment was docketed in the Eastern District of New York on August 20, 2010 and with the Suffolk County Clerk's Office on November 1, 2010, that plaintiff proceeded thereafter to levy thereon under the Laws of the State of New York, and said judgment has been *partially satisfied* and the sum of $99,058.93 with per diem interest accruing at a rate of $24.43 per day for every day after June 28, 2012 remains unpaid which is the subject of an appeal currently pending before United States Court of Appeals, in and for the Second Circuit;

      AND it is certified that there are no outstanding executions with any Sheriff or Marshal within the State of New York;

      THEREFORE, *partial satisfaction* of said judgment is hereby acknowledged, and

the said Clerks are hereby authorized and directed to make an entry of a ***partial satisfaction*** on the docket of said judgment.

Dated: Garden City, New York
   August 9, 2012

                _____
                DANIELÉ D. DE VOE (DD0777)

STATE OF NEW YORK)
          SS.:
COUNTY OF NASSAU )

On the 9th day of August, in the year 2012, before me the undersigned, a Notary Public in and for said State, personally appeared DANIELÉ D. DE VOE, personally known to me and to me known to be a partner with the law offices of WEINSTEIN, KAPLAN & COHEN, P.C., or proved to me on the basis of a satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                _____
                NOTARY PUBLIC

                Kristin J. Kircheim
               **Notary Public, State of New York**
                No. 02K16241500
                Qualified in Nassau County
               Commission Expires May 23, 2015